JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATEO RODERICO MIGUEL PEDRO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-04303-MBK<br>JUDGMENT |

For the reason stated in the Order Granting Petition and Issuing a Writ of Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: September 11, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE